United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 12, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Subchapter V |
| Angelena Donaree Pressley-Caffee, | § | |
| | § | Case No. 22-32643 |
| Debtor. | § | **Christopher M. Lopez** |

### ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS
**[DOCKET NO. 24]**

Came on for consideration the Debtor's Second Emergency Motion to Extend Time to File Schedules and Statement of Financial Affairs (the "Motion"). After considering the Motion, this Court finds cause to grant the requested relief.

**ORDERED**:

The Motion is GRANTED and Angelena Donaree Pressley-Cafee is authorized to file her schedules and statement of financial affairs through October 25, 2022.

Signed: October 12, 2022

_____
Christopher Lopez
United States Bankruptcy Judge